# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

Court of International Trade
Judge Jane A. Restani

Lower Court/Agency #:  08-CV-0285
Case Type:  Civil US

Notice of Appeal and Certified List Received:  12/06/2010
Notice of Appeal Filed:  11/29/2010
Docketed and Notice Sent to Parties:  12/08/2010
Certified List Filed:  12/08/2010

Consolidated appeals:  2011-1108 (Disp.: 12/19/2011) and 2011-1109 (Disp.: 12/19/2011)

| Date | Event Summary |
| --- | --- |
|  | Nothing Due |
| 04/26/2011 | Appellant Principal Brief Filing Date |
| 04/19/2011 | Appellee or Cross Appellant Principal Brief Filing Date |
| 06/01/2011 | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
| 05/13/2011 | Appendix Filing Date |
| 10/06/2011 | Oral Argument Date/Calendared |
| 12/19/2011 | Disposition:  Affirmed; Panel |
| 06/04/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

## List of Parties/Representation

| Party Type/Name | Represented by |
|---|---|

**Plaintiff-Appellee**

GPX International Tire Corporation
Hebei Starbright Tire Co., Ltd.

Daniel L. Porter
   Curtis, Mallett-Prevost, Colt
   1717 Pennsylvania Avenue, N.W.
   Washington, DC  20006
   Phone #: (202)452-7373
   Fax #: (202)452-7333
   Bar admit: 04/24/1989
   EOA Filed: 12/20/2010
   Principal Attorney

Gene C. Schaerr
   Winston & Strawn LLP
   1700 K Street, N.W.
   11th Floor
   Washington, DC  20006
   Phone #: (202)282-5000
   Fax #: (202)282-5100
   Email: gschaerr@winston.com
   Bar admit: 03/27/1998
   EOA Filed: 01/03/2011

William H. Barringer
   Curtis, Mallett-Prevost, Colt
   Bar admit: 10/01/1982
   EOA Filed: 12/28/2010

James P. Durling
   Curtis, Mallett-Prevost, Colt
   Bar admit: 01/05/1993
   EOA Filed: 12/28/2010

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

**Party Type/Name**                    **Represented by**

Matthew Paul McCullough
   Curtis, Mallett-Prevost, Colt
   Bar admit: 10/27/2003
   EOA Filed: 12/28/2010

Tianjin United Tire & Rubber          Francis J. Sailer
   International Co., Ltd.                Grunfeld, Desiderio, Lebowitz
                                         1201 New York Avenue, N.W.
                                         Suite 650
                                         Washington, DC  20005
                                         Phone #: (202)783-6881
                                         Fax #: (202)783-0405
                                         Email: fsailer@gdlsk.com
                                         Bar admit: 10/01/1982
                                         EOA Filed: 12/21/2010
                                         Principal Attorney

                                      Mark E. Pardo
                                         Grunfeld, Desiderio, Lebowitz
                                         Email: mpardo@gdlsk.com
                                         Bar admit: 10/11/1994
                                         EOA Filed: 12/21/2010

                                      Andrew T. Schutz
                                         Grunfeld, Desiderio, Lebowitz
                                         Email: aschutz@gdlsk.com
                                         Bar admit: 04/24/2007
                                         EOA Filed: 12/21/2010

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Party Type/Name | Represented by |
|---|---|

**Defendant-Appellant**

| | |
|---|---|
| Allied Industrial & Service Workers Intl. Union, AFL-CIO-CLC<br>Titan Tire Corporation<br>United Steel, Paper & Forestry, Rubber, Mfg., Energy, | Wesley K. Caine<br>  Stewart & Stewart<br>  2100 M Street, N.W.<br>  Suite 200<br>  Washington, DC  20037<br>  Phone #: (202)785-4185<br>  Fax #: (202)466-1286<br>  Email: general@stewartlaw.com<br>  Bar admit: 10/01/1982<br>  EOA Filed: 12/22/2010<br>  Principal Attorney |
| | Elizabeth J. Drake<br>  Stewart & Stewart<br>  Email: edrake@stewartlaw.com<br>  Bar admit: 02/21/2007<br>  EOA Filed: 12/22/2010 |
| | Terence P. Stewart<br>  Stewart & Stewart<br>  Email: tstewart@stewartlaw.com<br>  Bar admit: 10/01/1982<br>  EOA Filed: 12/22/2010 |
| Bridgestone Americas Tire Operations, LLC<br>Bridgestone Americas, Inc. | Joseph W. Dorn<br>  King & Spalding LLP<br>  1700 Pennsylvania Avenue, N.W.<br>  Suite 200<br>  Washington, DC  20006-4706<br>  Phone #: (202)626-5445<br>  Fax #: (202)626-3737<br>  Email: jdorn@kslaw.com<br>  Bar admit: 03/23/1983<br>  EOA Filed: 12/20/2010<br>  Principal Attorney |

## United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

**Party Type/Name**                    **Represented by**

Ashley C. Parrish
   King & Spalding LLP
   Email: aparrish@kslaw.com
   Bar admit: 02/03/2000
   EOA Filed: 12/20/2010

P. Lee Smith, Jr.
   King & Spalding LLP
   Email: lsmith@kslaw.com
   Bar admit: 12/20/2010
   EOA Filed: 01/13/2011

Christopher Todd Cloutier
   King & Spalding LLP
   Email: ccloutier@kslaw.com
   Bar admit: 10/07/2008
   EOA Filed: 12/20/2010

J. Michael Taylor
   King & Spalding LLP
   Email: jmtaylor@kslaw.com
   Bar admit: 08/05/2002
   EOA Filed: 12/20/2010

Jeffrey M. Telep
   King & Spalding LLP
   Email: jtelep@kslaw.com
   Bar admit: 06/29/1993
   EOA Filed: 12/20/2010

## United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

**Party Type/Name**                    **Represented by**

United States                          Michael D. Panzera
                                          Department of Justice
                                          P.O. Box 480
                                          Ben Franklin Station
                                          Washington, DC  20044
                                          Phone #: (202)305-7587
                                          Fax #: (202)353-7988
                                          Email: michael.panzera@usdoj.gov
                                          Bar admit:  /  /
                                          EOA Filed: 01/06/2011
                                          Principal Attorney

                                       Franklin E. White
                                          Department of Justice
                                          Email: franklin.white@usdoj.gov
                                          Bar admit:  /  /
                                          EOA Filed: 09/22/2011

**Amicus Curiae**

Alabama Metal Industries Corporation   Alan H. Price
MAVERICK TUBE CORP.                       Wiley Rein LLP
Nucor Corporation                         1776 K Street, NW
                                          Washington, DC  20006-2304
                                          Phone #: (202)719-3375
                                          Fax #: (202)719-7049
                                          Email: aprice@wileyrein.com
                                          Bar admit: 11/29/1984
                                          EOA Filed: 03/10/2011
                                          Principal Attorney

                                       Timothy C. Brightbill
                                          Wiley Rein LLP
                                          Email: tbrightbill@wileyrein.com
                                          Bar admit: 03/19/1996
                                          EOA Filed: 03/10/2011

## United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

**Party Type/Name**                    **Represented by**

                                        Robert E. DeFrancesco, III
                                           Wiley Rein LLP
                                           Email: rdefrancesco@wileyrein.com
                                           Bar admit: 10/08/2002
                                           EOA Filed: 03/10/2011

American Spring Wire Corp.              Kathleen W. Cannon
ArcelorMittal USA, Inc.                    Kelley Drye & Warren, LLP
Insteel Wire Products                      3050 K Street, N.W.
Nashville Wire Products                    Suite 400
SSW Holding Company, Inc.                  Washington, DC  20007-5108
Sumiden Wire Products Corp.                Phone #: (202)342-8590
                                           Fax #: (202)342-8451
                                           Email: kcannon@kelleydrye.com
                                           Bar admit: 07/12/1982
                                           EOA Filed: 03/10/2011
                                           Principal Attorney

                                        Grace W. Kim
                                           Kelley Drye & Warren, LLP
                                           Bar admit: 11/19/2002
                                           EOA Filed: 03/10/2011

                                        Paul C. Rosenthal
                                           Kelley Drye & Warren, LLP
                                           Email: prosenthal@kelleydrye.com
                                           Bar admit: 10/01/1982
                                           EOA Filed: 03/10/2011

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Party Type/Name | Represented by |
|---|---|
| Committee on Pipe & Tube Imports | Roger B. Schagrin<br>  Schagrin Associates<br>  900 Seventh Street, N.W.<br>  Suite 500<br>  Washington, DC  20001<br>  Phone #: (202)223-1700<br>  Fax #: (202)429-2522<br>  Email: schagrin@erols.com<br>  Bar admit: 08/23/1989<br>  EOA Filed: 03/10/2011<br>  Principal Attorney<br><br>John W. Bohn<br>  Schagrin Associates<br>  Email: schagrin@erols.com<br>  Bar admit: 03/11/1997<br>  EOA Filed: 03/10/2011 |
| The Committee to Support U.S. Trade Laws | Alan H. Price<br>  Wiley Rein LLP<br>  1776 K Street, NW<br>  Washington, DC  20006-2304<br>  Phone #: (202)719-3375<br>  Fax #: (202)719-7049<br>  Email: aprice@wileyrein.com<br>  Bar admit: 11/29/1984<br>  EOA Filed: 03/10/2011<br>  Principal Attorney |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

**Party Type/Name**                          **Represented by**

Ministry of Commerce, People's              Donald B. Cameron
   Republic of China                   Morris, Manning & Martin, LLP
                                      1333 H Street, NW
                                      Suite 820
                                      Washington, DC  20005
                                      Phone #: (202)216-4811
                                      Fax #: (202)408-5146
                                      Email: dcameron@mmmlaw.com
                                      Bar admit: 02/24/1984
                                      EOA Filed: 05/18/2011
                                      Principal Attorney

                             Mary S. Hodgins
                                Morris, Manning & Martin, LLP
                                Email: mhodgins@mmmlaw.com
                                Bar admit: 05/22/2008
                                EOA Filed: 05/18/2011

                             Julie C. Mendoza
                                Morris, Manning & Martin, LLP
                                Email: jmendoza@mmmlaw.com
                                Bar admit: 02/17/1988
                                EOA Filed: 05/18/2011

                             Brady W. Mills
                                Morris, Manning & Martin, LLP
                                Email: bmills@mmmlaw.com
                                Bar admit: 08/11/1999
                                EOA Filed: 05/18/2011

                             R. Will Planert
                                Morris, Manning & Martin, LLP
                                Email: wplanert@mmmlaw.com
                                Bar admit: 12/22/1988
                                EOA Filed: 05/18/2011

## United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

**Party Type/Name**                    **Represented by**

                                       Daniel L. Porter
                                         Curtis, Mallett-Prevost, Colt
                                         1717 Pennsylvania Avenue, N.W.
                                         Washington, DC  20006
                                         Phone #: (202)452-7373
                                         Fax #: (202)452-7333
                                         Bar admit: 04/24/1989
                                         EOA Filed: 12/20/2010

United States Steel Corporation        Jeffrey D. Gerrish
                                         Skadden, Arps, Slate, Meagher
                                         1440 New York Avenue, N.W.
                                         Washington, DC  20005-2111
                                         Phone #: (202)371-7381
                                         Fax #: (202)661-9181
                                         Email: jeffrey.gerrish@skadden.com
                                         Bar admit: 05/16/2000
                                         EOA Filed: 03/10/2011
                                         Principal Attorney

                                       James C. Hecht
                                         Skadden, Arps, Slate, Meagher
                                         Email: James.Hecht@skadden.com
                                         Bar admit: 03/14/1995
                                         EOA Filed: 03/10/2011

                                       Robert E. Lighthizer
                                         Skadden, Arps, Slate, Meagher
                                         Email: Robert.Lighthizer@skadden.com
                                         Bar admit: 03/15/1994
                                         EOA Filed: 03/10/2011

                                       Stephen J. Narkin
                                         Skadden, Arps, Slate, Meagher
                                         Email: James.Hecht@skadden.com
                                         Bar admit: 03/14/1995
                                         EOA Filed: 03/10/2011

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

## Docket Entries

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 12/08/2010 | F | 1 | Appeal docketed on 12/08/2010. EOD(12/08/2010 by SJ) 2011-1107 |
| 12/08/2010 | O | 2 | Official Caption.  Court Service - 12/08/10.  Filed: 12/08/10. REV(12/08/10 by SJ)  2011-1107 |
| 12/21/2010 | O | 3 | Entry of Appearance for Daniel L. Porter as principal counsel on behalf of the appellees, GPX International Tire and Hebei Starbright Tire Co., Ltd.  Mail Service - 12/20/10.  Filed: 12/20/10. REV(12/27/10 by KSH)  2011-1107 |
| 12/21/2010 | O | 4 | Certificate of Interest for the appellees, GPX International Tire and Hebei Starbright Tire Co., Ltd.  Mail Service - 12/20/10. Filed: 12/20/10. REV(12/27/10 by KSH)  2011-1107 |
| 12/21/2010 | O | 5 | Entry of Appearance for Joseph W. Dorn as principal counsel on behalf of the appellants, Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC.  Mail Service - 12/20/10.  Filed: 12/20/10. REV(12/27/10 by KSH) 2011-1107 |
| 12/21/2010 | O | 6 | Entry of Appearance for Ashley C. Parrish as of counsel on behalf of the appellants, Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC.  Mail Service - 12/20/10.  Filed: 12/20/10. REV(12/27/10 by KSH) 2011-1107 |
| 12/21/2010 | O | 7 | Entry of Appearance for Jeffrey M. Telep as of counsel on behalf of the appellants, Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC.  Mail Service - 12/20/10.  Filed: 12/20/10. REV(12/27/10 by KSH) 2011-1107 |
| 12/21/2010 | O | 8 | Entry of Appearance for J. Michael Taylor as of counsel on behalf of the appellants, Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC.  Mail Service - 12/20/10.  Filed: 12/20/10. REV(12/27/10 by KSH) 2011-1107 |
| 12/21/2010 | O | 9 | Entry of Appearance for Christopher Cloutier as of counsel on behalf of the appellants, Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC.  Mail Service - 12/20/10.  Filed: 12/20/10. REV(12/27/10 by KSH) 2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 12/21/2010 | O | 10 | Certificate of Interest for the appellants, Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC.  Mail Service - 12/20/10.  Filed: 12/20/10. REV(12/27/10 by KSH) 2011-1107 |
| 01/03/2011 | O | 11 | Entry of Appearance for Francis J. Sailer as principal attorney on behalf of the appellee, Tianjin United Tire & Rubber International Co., Ltd.  Mail Service - 12/21/10.  Filed: 12/21/10. REV(01/04/11 by SMC)  2011-1107 |
| 01/03/2011 | O | 12 | Entry of Appearance for Mark E. Pardo as counsel on behalf of the appellee, Tianjin United Tire & Rubber International Co., Ltd.  Mail Service - 12/21/10.  Filed: 12/21/10. REV(01/04/11 by SEW)  2011-1107 |
| 01/03/2011 | O | 13 | Entry of Appearance for Andrew T. Schutz as counsel on behalf of the appellee, Tianjin United Tire & Rubber International Co., Ltd.  Mail Service - 12/21/10.  Filed: 12/21/10. REV(01/04/11 by SEW)  2011-1107 |
| 01/03/2011 | O | 14 | Certificate of Interest for the appellee, Tianjin United Tire & Rubber International Co., Ltd.  Mail Service - 12/21/10.  Filed: 12/21/10. REV(01/04/11 by SEW)  2011-1107 |
| 01/03/2011 | O | 15 | Entry of Appearance for Wesley K. Caine as principal attorney on behalf of the appellants, Titan Tire Corporation, et al.  Hand Service - 12/22/10.  Filed: 12/22/10. REV(01/04/11 by SMC) 2011-1107 |
| 01/03/2011 | O | 16 | Entry of Appearance for Elizabeth J. Drake as counsel on behalf of the appellants, Titan Tire Corporation, et al.  Hand Service - 12/22/10.  Filed: 12/22/10. REV(01/04/11 by SMC)  2011-1107 |
| 01/03/2011 | O | 17 | Entry of Appearance for Terence P. Stewart as counsel on behalf of the appellants, Titan Tire Corporation, et al.  Hand Service - 12/22/10.  Filed: 12/22/10. REV(01/04/11 by SMC) 2011-1107 |
| 01/03/2011 | O | 18 | Certificate of Interest for the appellants, Titan Tire Corporation, et al.  Hand Service - 12/22/10.  Filed: 12/22/10. REV(01/04/11 by SMC)  2011-1107 |
| 01/05/2011 | O | 19 | Entry of Appearance for William H. Barringer as counsel on behalf of appellants, GPX International Tire Corporation, et al. Mail Service - 12/28/10.  Filed: 12/28/10. REV(01/05/11 by SMC)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 01/05/2011 | O | 20 | Entry of Appearance for James P. Durling as counsel on behalf of appellants, GPX International Tire Corporation, et al.  Mail Service - 12/28/10.  Filed: 12/28/10. REV(01/05/11 by SMC) 2011-1107 |
| 01/05/2011 | O | 21 | Entry of Appearance for Matthew P. McCullough as counsel on behalf of appellants, GPX International Tire Corporation, et al. Mail Service - 12/28/10.  Filed: 12/28/10. REV(01/05/11 by SMC)  2011-1107 |
| 01/05/2011 | O | 22 | Entry of Appearance for Gene C. Schaerr as counsel on behalf of appellants, GPX International Tire Corporation, et al.  Mail Service - 01/03/11.  Filed: 01/03/11. REV(01/05/11 by SMC) 2011-1107 |
| 01/06/2011 | O | 23 | Notice of Rejection: Entry of Appearance for P. Lee Smith, counsel on behalf of the appellants, Bridgestone Americas, Inc., et al., received 12.22.10, cannot be filed; the attorney is not a member of the bar.  Court Service - 01/06/11.  Mailed: 01/06/11. REV(01/06/11 by JSG) 2011-1107 |
| 01/07/2011 | O | 24 | Duplicate Certificate of Interest for the appellants, Bridgestone Americas Tire Operations, LLC, et al. Document placed in file with no further action taken.  No Service Required.  Received: 12/22/10. REV(01/07/11 by AR)  2011-1107 |
| 01/07/2011 | O | 25 | Docketing Statement for appellees, GPX International Tire Corporation, et al.  Mail Service - 01/06/11.  Filed: 01/06/11. REV(01/07/11 by RM)  2011-1107 |
| 01/07/2011 | O | 26 | Docketing Statement for appellants, Titan Tire Corporation, et al. Mail Service - 01/06/11.  Filed: 01/06/11. REV(01/07/11 by RM)  2011-1107 |
| 01/07/2011 | O | 27 | Docketing Statement for appellee, Tianjin United Tire & Rubber International Co., Ltd.  Mail Service - 01/07/11.  Filed: 01/07/11. REV(01/07/11 by RM)  2011-1107 |
| 01/10/2011 | O | 28 | Entry of Appearance for Michael D. Panzera as principal attorney on behalf of appellant, United States.  Mail Service - 11/06/11.  Filed: 11/06/11. REV(01/11/11 by SCN)  2011-1107 |
| 01/10/2011 | O | 29 | Docketing Statement for appellant, United States.  Mail Service - 01/06/11.  Filed: 01/06/11. REV(01/10/11 by RM)  2011-1107 |
| 01/10/2011 | O | 30 | Docketing Statement for appellants, Bridgestone Americas, Inc. et al.  Mail Service - 01/07/11.  Filed: 01/07/11. REV(01/10/11 by RM)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/13/2011 | O | 31 | Entry of appearance for P. Lee Smith as co counsel on behalf of the appellant, Bridgestone Americas, Inc. et al.  Mail Service - 12/22/10.  Filed: 01/13/11. REV(01/14/11 by SCN)  2011-1107 |
| 02/08/2011 | B | 32 | United States [Appellant] - Brief of Defendant-Appellant, United States. Hand Service-02/07/11. Received: 02/07/11. Rejected: 02/08/11. Corrected Brief Due: 02/22/11. REV(02/08/11 by C_C)  2011-1107 |
| 02/08/2011 | B | 33 | Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC [Appellants] - Brief of Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC. Hand Service-02/07/11. Received: 02/07/11. Rejected: 02/08/11. Corrected Brief Due: 02/22/11.  REV(02/08/11 by C_C)  2011-1107 |
| 02/08/2011 | B | 34 | Titan Tire Corporation, et al. [Appellants] - Brief of Titan Tire Corporation and United Steel, et al. Hand Service-02/07/11. Received: 02/07/11. Rejected: 02/08/11. Corrected Brief Due: 02/22/11.  REV(02/08/11 by C_C)  2011-1107 |
| 02/11/2011 | B | 35 | United States [Appellant] - Corrected Brief of Defendant-Appellant, United States. Hand Service-02/10/11. Filed: 02/07/11.  REV(02/11/11 by C_C)  2011-1107 |
| 02/14/2011 | B | 36 | Titan Tire Corporation, et al. [Appellants] - Corrected Brief of the Titan Tire Corporation and United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Intl. Union, AFL-CIO-CLC. Mail Service-02/11/11. Filed: 02/07/11.  REV(02/14/11 by C_C)  2011-1107 |
| 02/15/2011 | M | 37 | Other [Committee on Pipe & Tube Imports] - Motion of Committee On Pipe And Tube Imports for Leave to File Amicus Curiae Brief. [Amicus Brief submitted with motion]. Hand Service - 02/14/11. Filed: 02/14/11. Action on Motion (48): Motion granted except that the Comm to Support US Trade Laws & Nucor Corp, Maverick Tube Corp, and Alabama Metals Corp, are limited to filing a combined brief of no more than 7000 words due within 14 days. by Motions Panel. Judge: Rader Filed: 03/10/11. EOD(02/15/11 by AR)  REV(03/10/11 by LS)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 02/15/2011 | M | 38 | Other [American Spring Wire Corp., et al.] - Motion of Arcelormittal USA LLC, American Spring Wire Corp., et al. for Leave to File an Amici Curiae Brief in Support of Defendants-Appellants and Reversal. [Amicus Brief submitted with motion].  Hand Service - 02/14/11. Filed: 02/14/11. Action on Motion (49): Motion granted except that the Comm to Support US Trade Laws & Nucor Corp, Maverick Tube Corp, and Alabama Metals Corp, are limited to filing a combined brief of no more than 7000 words due within 14 days. by Motions Panel. Judge: Rader Filed: 03/10/11. EOD(02/15/11 by AR) REV(03/10/11 by LS)  2011-1107 |
| 02/16/2011 | M | 39 | Other [Nucor Corporation, et al.] - Motion of Nucor Corp., Maverick Tube Corp., and Alabama Metals Corp. for Leave to File Briefs as Amicus Curiae. [Amicus brief submitted with motion].  Hand Service - 02/14/11. Filed: 02/14/11. Action on Motion (50): Motion granted except that the Comm to Support US Trade Laws & Nucor Corp, Maverick Tube Corp, and Alabama Metals Corp, are limited to filing a combined brief of no more than 7000 words due within 14 days. by Motions Panel. Judge: Rader Filed: 03/10/11. EOD(02/16/11 by AR) REV(03/10/11 by LS)  2011-1107 |
| 02/16/2011 | M | 40 | Amicus [The Committee to Support U.S. Trade Laws] - Motion of the Committee to Support U.S. Trade Laws for Leave to File Brief as Amicus Curiae. [Amicus brief submitted with motion]. Mail Service - 02/14/11. Filed: 02/14/11. Reply 1 (45) Filed: 02/25/11 Action on Motion (51): Motion granted except that the Comm to Support US Trade Laws & Nucor Corp, Maverick Tube Corp, and Alabama Metals Corp, are limited to filing a combined brief of no more than 7000 words due within 14 days. by Motions Panel. Judge: Rader Filed: 03/10/11. EOD(02/16/11 by AR)  REV(03/10/11 by LS)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 02/16/2011 | M | 41 | Other [United States Steel Corporation] - Motion of the United States Steel Corporation for Leave to File Brief as Amicus Curiae in Support of Defendants-Appellants' Briefs Arguing for Reversal of Decision by Court Below. [Amicus briefs submitted with motion].  Mail Service - 02/14/11. Filed: 02/14/11. Reply 1 (44) Filed: 02/25/11 Action on Motion (52): Motion granted except that the Comm to Support US Trade Laws & Nucor Corp, Maverick Tube Corp, and Alabama Metals Corp, are limited to filing a combined brief of no more than 7000 words due within 14 days. by Motions Panel. Judge: Rader Filed: 03/10/11. EOD(02/16/11 by AR)  REV(03/23/11 by AR)  2011-1107 |
| 02/17/2011 | B | 42 | Bridgestone Americas, Inc. [Appellants] - Corrected Brief of Bridgestone Americas, Inc. and Bridgestone Americas Tire Operation, LLC. Hand Service-02/16/11. Filed: 02/07/11. REV(02/23/11 by C_C)  2011-1107 |
| 02/22/2011 | M | 43 | Appellees [GPX International Tire Corporation and Hebei Starbright] - Motion of Plaintiffs-Appellees GPX International Tire and Hebei Starbright for Leave to File Extended Brief [NPF]  Mail Service - 02/18/11. Filed: 02/18/11. Reply 1 (46) Filed: 03/03/11 Action on Motion (47): Motion denied. A brief of no more than 14,000 words is due within 40 days from the date of filing of this order. by Motions Panel. Judge: Rader Filed: 03/10/11. EOD(02/22/11 by LB)  REV(03/10/11 by LS)  2011-1107 |
| 03/16/2011 | M | 53 | Appellee [GPX International Tire Corporation] - Unopposed Motion for alignment of the briefing schedule. [NPF]  Mail Service - 03/14/11. Filed: 03/14/11. On consent. Action on Motion (94): Motion granted. All appellees' briefs are due in accordance with the date in this court's March 10, 2011 order. by Clerk. Filed: 05/17/11. EOD(03/16/11 by LRP)  REV(05/17/11 by LS)  2011-1107 |
| 03/18/2011 | B | 54 | ArcelorMittal USA, Inc., et al. [Amici] - Brief of Amici ArcelorMittal USA, LLC., et al. in Support of Defendants-Appellants and Reversal. Mail Service-02/14/11. Filed: 03/10/11.  REV(03/30/11 by C_C)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 03/18/2011 | B | 55 | Committee on Pipe & Tube Imports [Amicus] - Brief of Amicus Curiae Committee on Pipe and Tube Imports in Support of Defendants-Appellants and Reversal of the Court Below. Hand Service-03/14/11. Filed: 03/10/11.  REV(03/18/11 by C_C) 2011-1107 |
| 03/18/2011 | B | 56 | United States Steel Corporation [Amicus] - Brief of Amicus Curiae United States Steel Corporation in Support of Defendants-Appellants' Principal Briefs in favor of Reversal of decision by court below. Mail Service-02/14/11. Filed: 03/10/11. REV(03/18/11 by C_C)  2011-1107 |
| 03/18/2011 | O | 57 | Entry of Appearance for Stephen J. Narkin as counsel on behalf of Amicus Curiae United States Steel Corporation  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 58 | Entry of Appearance for Jeffrey D. Garrish as principal counsel on behalf of Amicus Curiae United States Steel Corporation  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 59 | Entry of Appearance for James C. Hecht as counsel on behalf of Amicus Curiae United States Steel Corporation  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 60 | Entry of Appearance for Robert E. Lighthizer as counsel on behalf of Amicus Curiae United States Steel Corporation  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 61 | Certificate of Interest for Amicus Curiae United States Steel Corporation  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 62 | Entry of Appearance for Roger B. Schagrin as principal counsel on behalf of Amicus Curiae Committee on Pipe and Tube Imports  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 63 | Entry of Appearance for John W. Bohn as counsel on behalf of Amicus Curiae Committee on Pipe and Tube Imports  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 64 | Certificate of Interest for Amicus Curiae Committee on Pipe and Tube Imports  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 03/18/2011 | O | 65 | Certificate of Interest for Amicus Curiae ArcelorMittal USA LLC., et al.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 66 | Entry of Appearance for Paul C. Rosenthal as counsel on behalf of Amicus Curiae ArcelorMittal USA LLC., et al.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 67 | Entry of Appearance for Grace W. Kim as counsel on behalf of Amicus Curiae ArcelorMittal USA LLC., et al.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/18/2011 | O | 68 | Entry of Appearance for Kathleen W. Cannon as principal counsel on behalf of Amicus Curiae ArcelorMittal USA LLC., et al.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/18/11 by SCN)  2011-1107 |
| 03/22/2011 | M | 69 | Appellants [Titan Tire Corporation] - Motion for an order accepting for filing a Response Brief in opposition to that part of appellant's (US) affirmative brief challenging the trial Court's determination as to the counter vailing duty cut-off date issue. (Response brief attached)  Hand Service - 03/21/11. Filed: 03/21/11. Reply 1 (77) Filed: 03/31/11 Reply 2 (78) Filed: 04/07/11 Action on Motion (96): Titan's motion granted to limited extent that it may include arguments in its reply brief. The separate response brief is rejected. A corrected reply brief may be filed w/in 14 days. (see order for details) by Motions Panel. Judge: Gajarsa Filed: 05/17/11. EOD(03/22/11 by LRP) REV(05/23/11 by AR)  2011-1107 |
| 03/24/2011 | O | 70 | Certificate of Interest from the Amicus Curiae, Alabama Metal Industries Corp., ET AL.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/25/11 by SCN)  2011-1107 |
| 03/24/2011 | O | 71 | Entry of Appearance for Alan H. Price as principal counsel on behalf of the Amicus Curiae, Alabama Metal Industries Corporation, ET AL.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/25/11 by SCN)  2011-1107 |
| 03/24/2011 | O | 72 | Entry of Appearance for Timothy C. Brightbill, as counsel on behalf of the Amicus Curiae, Alabama Metal Industries Corporation, ET AL.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/25/11 by SCN)  2011-1107 |

## United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 03/24/2011 | O | 73 | Entry of Appearance for Robert E. DeFrancesco, as counsel on behalf of the Amicus Curiae Alabama Metal Industries Corporation, ET AL.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/25/11 by SCN)  2011-1107 |
| 03/24/2011 | O | 74 | Entry of Appearance for Alan H. Price, as principal counsel on behalf of the The Committee To Support U.S. Trade Laws. Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/25/11 by SCN)  2011-1107 |
| 03/24/2011 | O | 75 | Certificate of Interest from the Amicus Curiae, The Committee to Support U.S. Trade Laws.  Mail Service - 02/14/11.  Filed: 03/10/11. REV(03/25/11 by SCN)  2011-1107 |
| 03/28/2011 | M | 76 | Amicus [The Committee to Support U.S. Trade Laws] - Motion of the Committee to Support U.S. Trade Laws, Nucor Corporation, Maverick Tube Corporation, and Alabama Metal Industries Corporation for Leave to File Brief as Amici Curiae. [Amici brief submitted with motion] Hand Service - 03/24/11. Filed: 03/24/11. Action on Motion (95): Motion granted. by Motions Panel. Judge: Gajarsa Filed: 05/17/11. EOD(03/28/11 by JB)  REV(05/17/11 by LS)  2011-1107 |
| 04/19/2011 | B | 79 | GPX International Tire Corporation [Appellees] - Response Brief of Plaintiffs-Appellees GPX International Tire and Hebei Starbright. Mail Service-04/19/11. Received: 04/19/11. Rejected: 04/19/11. Corrected Brief Due: 05/03/11. REV(04/19/11 by C_C)  2011-1107 |
| 04/21/2011 | B | 80 | Tianjin United Tire & Rubber International Co., Ltd. [Appellee] - Brief for Plaintiff-Appellee Tianjin United Tire & Rubber International  Co., Ltd. Mail Service-04/19/11. Filed: 04/19/11. REV(04/21/11 by C_C)  2011-1107 |
| 04/21/2011 | B | 81 | GPX International Tire Corporation and Hebei Starbright [Appellees] - Corrected Response Brief of Plaintiffs-Appellees. Mail Service-04/20/11. Filed: 04/19/11.  REV(04/21/11 by C_C)  2011-1107 |
| 04/27/2011 | M | 82 | Other [Bureau of Fair Trade for Imports and Exports, et al] - Motion for leave to file an Amicus curiae brief in support of appellees and affirmance.  Mail Service - 04/26/11. Filed: 04/26/11. Reply 1 (92) Filed: 05/06/11 Action on Motion (100): Motion granted. by Motions Panel. Judge: Gajarsa Filed: 05/18/11. EOD(04/27/11 by LRP)  REV(05/18/11 by LS) 2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 04/29/2011 | M | 83 | Appellant [United States] - Defendant-Appellant United States' Motion for an Extension of Time. [NPF]  Mail Service - 04/27/11. Filed: 04/27/11. Reply 1 (86) Filed: 04/29/11 Action on Motion (97): Motion granted. The United States' reply brief is due June 1, 2011. by Motions Panel. Judge: Gajarsa Filed: 05/18/11. EOD(04/29/11 by MDB)  REV(05/18/11 by LS) 2011-1107 |
| 04/29/2011 | M | 84 | Appellant [United States] - Defendant-Appellant United States' Motion for Increase in the Type-Volume Limitation. [NPF] Mail Service - 04/27/11. Filed: 04/27/11. Reply 1 (87) Filed: 04/29/11 Action on Motion (98): Motion denied. by Motions Panel. Judge: Gajarsa Filed: 05/18/11. EOD(04/29/11 by MDB) REV(05/18/11 by LS)  2011-1107 |
| 05/02/2011 | O | 85 | Defendant-Appellant United States' Corrected Motion for an Extension of Time and an Increase in the Type-Volume Limitation. (See Motion Docket Entries 83 and 84.)  Mail Service - 04/28/11.  Received: 04/28/11. REV(05/02/11 by KSH)  2011-1107 |
| 05/02/2011 | M | 88 | Appellants [Titan Tire Corporation, et al.] - Defendant-Appellants' Joint Motion for Extension of Time.  Hand Service - 04/29/11. Filed: 04/29/11. Reply 1 (89) Filed: 05/02/11 Action on Motion (99): Motion granted. Titan Tire Corporation, et al.'s reply brief is due June 1, 2011. by Motions Panel. Judge: Gajarsa Filed: 05/18/11. EOD(05/02/11 by KSH) REV(05/18/11 by LS)  2011-1107 |
| 05/09/2011 | O | 90 | NOTE TO FILE:  The Reply Brief of Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC, received May 6, 2011 not filed.  Placed on motions pending shelf.  No Service Required.  Entered: 05/06/11. REV(05/09/11 by SEW) 2011-1107 |
| 05/09/2011 | O | 91 | NOTE TO FILE: Reply Brief of Titan Tire Corporation and United Steel Paper and Forestry, et al received NOT FILED. Placed on pending motion shelf.  Mail Service - 05/06/11. Received: 05/06/11. REV(06/02/11 by C_C)  2011-1107 |
| 05/13/2011 | B | 93 | Titan Tire Corporation, et al. [Appellants] - Joint Appendix (Two Volumes). Mail Service-05/13/11. Filed: 05/13/11. REV(05/13/11 by SEW)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 05/18/2011 | B | 101 | The Committee to Support U.S. Trade Laws, Nucor Corporation, Maverick Tube Corp., et al. [Amici] - Brief of Amici Curiae the Committee to Support U.S. Trade Laws, Nucor Corporation, Maverick Tube Corporation, and Alabama Metal Industries Corporation. Hand Service-03/24/11. Filed: 03/24/11. REV(05/18/11 by VW)  2011-1107 |
| 05/19/2011 | B | 102 | Bureau of Fair Trade for Imports and Exports, et al. [Amici] - Brief of Amicus Curiae The Bureau of Fair Trade for Imports & Exports, Ministry of Commerce, of the People's Rep. of China in Support of Plaintiffs-Appelles Briefs and Affirmance. Hand Service-04/26/11. Filed: 04/26/11. REV(05/19/11 by SEW)  2011-1107 |
| 05/19/2011 | O | 103 | Entry of Appearance for Donald B. Cameron as principal counsel on behalf of amicus curiae Ministry of Commerce, People's Republic of China.  Hand Service - 04/26/11.  Filed: 05/18/11. REV(05/19/11 by SCN)  2011-1107 |
| 05/19/2011 | O | 104 | Entry of Appearance for Julie C. Mendoza as counsel on behalf of amicus curiae Ministry of Commerce, People's Republic of China.  Hand Service - 04/26/11.  Filed: 05/18/11. REV(05/19/11 by SCN)  2011-1107 |
| 05/19/2011 | O | 105 | Entry of Appearance for R. Will Planert as counsel on behalf of amicus curiae Ministry of Commerce, People's Republic of China.  Hand Service - 04/26/11.  Filed: 05/18/11. REV(05/19/11 by SCN)  2011-1107 |
| 05/19/2011 | O | 106 | Entry of Appearance for Brady C. Mills as counsel on behalf of amicus curiae Ministry of Commerce, People's Republic of China.  Hand Service - 04/26/11.  Filed: 05/18/11. REV(05/19/11 by SCN)  2011-1107 |
| 05/19/2011 | O | 107 | Entry of Appearance for Mary S. Hodgins as counsel on behalf of amicus curiae Ministry of Commerce, People's Republic of China.  Hand Service - 04/26/11.  Filed: 05/18/11. REV(05/19/11 by SCN)  2011-1107 |
| 05/19/2011 | O | 108 | Certificate of Interest for amicus curiae Ministry of Commerce, People's Republic of China.  Hand Service - 04/26/11.  Filed: 05/18/11. REV(05/19/11 by SCN)  2011-1107 |
| 05/25/2011 | B | 109 | Titan Tire Corporation, et al. [Appellants] - Corrected Reply Brief of Titan Tire Corporation, et al, Defendants-Appellants. Mail Service-05/23/11. Filed: 05/23/11. REV(05/26/11 by SEW)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 05/26/2011 | B | 110 | Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC [Appellants] - Reply Brief of Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC. Mail Service-05/06/11. Filed: 05/06/11.  REV(05/26/11 by SEW)  2011-1107 |
| 06/02/2011 | B | 111 | United States [Appellant] - Reply Brief of Defendant-Appellant, United States. Mail Service-06/01/11. Filed: 06/01/11. REV(06/02/11 by C_C)  2011-1107 |
| 08/22/2011 | O | 112 | NOTICE OF CALENDARING issued. Panel: 1110H on October 6, 2011.  Entered: 08/22/2011. (EOD 08/22/2011 by KSH) 2011-1107 |
| 09/02/2011 | O | 113 | Response to oral argument order from the appellee, GPX International Tire Company et al. stating that James P. Durling will argue.  Mail Service - 09/01/11.  Received: 09/01/11. REV(09/02/11 by LAW)  2011-1107 |
| 09/12/2011 | O | 114 | Response to oral argument order from the appellant, Allied Industrial & Service Workers Intl et al. stating that Terence P. Stewart will argue.  Mail Service - 09/06/11.  Received: 09/06/11. REV(09/12/11 by LAW)  2011-1107 |
| 09/14/2011 | M | 115 | Appellants [Bridgestone Americas Tire Operations, LLC, et al.] - Response to oral argument order [treated as a motion] waiving oral argument forAppellants  Bridgestone Americas Tire Operations, et al. [NPF]  Mail Service - 09/13/11. Filed: 09/13/11. Action on Motion (121): Granted. by Merits Panel. Filed: 09/26/11. EOD(09/14/11 by KSH)  REV(09/26/11 by KSH)  2011-1107 |
| 09/16/2011 | O | 116 | Response to oral argument order from the appellee, Tianjin United Tire & Rubber International Co., Ltd. stating that James Durling will argue.  Mail Service - 09/13/11.  Received: 09/13/11. REV(09/16/11 by LAW)  2011-1107 |
| 09/21/2011 | M | 117 | Appellant [United States] - Defendant-Appellant United States' Motion for Leave to File Entry of Appearance. [NPF]  Mail Service - 09/20/11. Filed: 09/21/11. Action on Motion (118): Granted. by Merits Panel. Filed: 09/22/11. EOD(09/21/11 by KSH)  REV(09/22/11 by KSH)  2011-1107 |
| 09/23/2011 | O | 119 | Entry of appearance for Franklin E. White, Jr. as co counsel on behalf of the appellant, United States.  Mail Service - 09/20/11. Filed: 09/22/11. REV(09/23/11 by SCN)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 09/23/2011 | O | 120 | Response to oral argument order from the appellant, United States stating that Franklin E. White will argue.  Mail Service - 09/14/11.  Received: 09/22/11. REV(09/23/11 by LAW)  2011-1107 |
| 10/06/2011 | O | 122 | Submitted after ORAL ARGUMENT by Franklin E. White, Terence P. Stewart and James P. Durling.  Panel: Rader, Linn and Dyk.  Entered: 10/06/2011.  (EOD 10/06/2011 by KSH) 2011-1107 |
| 12/19/2011 | D | 123 | Disposition: Affirmed by Panel. Precedential Opinion by: J. Dyk. Judgment Entered: 12/19/11. No costs.  Opinion sent to parties: 12/19/11. Filed: 12/19/11. Mandate issued to the CIT: 06/04/12. REV (06/04/12 by LB) 2011-1107 |
| 01/17/2012 | O | 124 | Notice of change of firm and address for James P. Durling, William H. Barringer, Daniel L. Porter, and Matthew P. McCullough, counsel for the appellees GPX Internation Tire. Corp and Hebei Starbright Tire Co., Ltd.  Mail Service - 01/10/12.  Received: 01/10/12. REV(01/17/12 by IW)  2011-1107 |
| 01/23/2012 | M | 125 | Appellant [United States] - Defendant-Appellant United States' Motion for an Extension of Time to File a Petition for Rehearing and For Expedited Consideration  Not Served Service - 01/20/12. Filed: 01/20/12. Reply 1 (126) Filed: 01/23/12 Reply 2 (128) Filed: 01/23/12 Action on Motion (127): The motion is granted in part. The government is granted a 30-day extension, until March 5, 2012, to file a petition for rehearing.  No further extensions will be granted. by Merits Panel. Filed: 01/24/12. EOD(01/23/12 by LB)  REV(01/24/12 by LB)  2011-1107 |
| 01/26/2012 | M | 129 | Appellants [Titan Tire Corporation and USW] - Appellants' Motion for Extension of Time to File Petition for Rehearing and for Expedited Consideration  Mail Service - 01/25/12. Filed: 01/25/12. Action on Motion (130): The motion is granted.  The deadline for filing petitions for rehearing is March 5, 2012, for all parties. by Merits Panel. Filed: 01/27/12. EOD(01/26/12 by LB)  REV(01/27/12 by LB)  2011-1107 |
| 01/30/2012 | O | 131 | Court order of 1/24/12 sent to Daniel L. Porter returned by U.S. Postal Service.  Zip code corrected and remailed.  No Service Required.  Entered: 01/30/12. REV(01/30/12 by LB)  2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107: GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 02/03/2012 | O | 132 | Note to file: court order dated 1/27 is returned by USPS. Remailed with corrected address. No Service Required. Entered: 02/03/12. REV(02/03/12 by LB) 2011-1107 |
| 03/06/2012 | P | 133 | Appellants [Titan Tire Corporation, et al.] - Combined Petition for Panel Rehearing and Rehearing En Banc Mail Service- 03/05/12. Filed: 03/05/12. Petition Circulated: 03/06/12. Response requested from: Appellees (GPX/Starbright and Tianjin). Response due: 03/20/12. Response filed: 03/20/12. Response circulated: 03/21/12. Petition/En Banc Action(143): Granted/Moot on 05/09/12. REV(02/01/13 by AMT) 2011-1107 |
| 03/06/2012 | P | 134 | Appellant [United States] - Petition for Rehearing En Banc Mail Service-03/05/12. Filed: 03/05/12. Circulated to Panel for consideration as a Petition for Rehearing: 03/06/12. Response requested from: Appellees (GPX Intl/ Starbright and Tianjin). Response due: 03/20/12. Response filed: 03/20/12. Response circulated: 03/21/12. Petition/En Banc Action(142): Granted/Moot on 05/09/12. REV(02/01/13 by AMT) 2011-1107 |
| 03/13/2012 | O | 135 | Appellants Titan Tire Corporation and the United Steel, Paper and Forestry...AFL-CIO-CLC citation of supplemental authority pursuant to Fed. R. App. P. 28(j) (sent to panel) Mail Service - 03/13/12. Received: 03/13/12. REV(03/13/12 by LB) 2011-1107 |
| 03/14/2012 | O | 136 | ORDER: On 3/13/12, the President signed new countervailing duty legislation, H.R. 4105. The parties are directed to submit letter briefs, not to exceed 5 pages each, commenting on the impact of this legislation by 3/23/12. By: Merits Panel. Court Service - 03/14/12. Filed: 03/14/12. REV(03/14/12 by JB) 2011-1107 |
| 03/23/2012 | O | 137 | Letter Brief of Defendants Appellants Titan Tire Corporation and the United Steelworkers Union Mail Service - 03/23/12. Filed: 03/23/12. REV(03/23/12 by LB) 2011-1107 |
| 03/23/2012 | O | 138 | Letter Brief of Defendant-Appellant United States In Response to Court Order Hand Service - 03/23/12. Filed: 03/23/12. REV(03/23/12 by LB) 2011-1107 |
| 03/23/2012 | O | 139 | Letter Brief of Plaintiff-Appellee Tianjin United Tire & Rubber Int'l Co., Ltd. in Response to Court's Request for Letter-Brief Mail Service - 03/23/12. Filed: 03/23/12. REV(03/23/12 by LB) 2011-1107 |

# United States Court of Appeals for the Federal Circuit

## 2011-1107:  GPX INTL TIRE CORP V US

| Date | Type | Entry# | Entry Text |
|------|------|--------|------------|
| 03/23/2012 | O | 140 | Letter of Defendants-Appellants Bridgestone Americas, Inc. and Bridgestone Americas Tire Operations, LLC advising court that Bridgestone will not be filing its own letter brief  Mail Service - 03/23/12.  Received: 03/23/12. REV(03/23/12 by LB)  2011-1107 |
| 03/23/2012 | O | 141 | Letter Brief of Plaintiffs-Appellees GPX International Tire and Hebei Starbright to Court's Request for Letter-Brief on New Legislation - 03/23/12.  Hand Service - 03/23/12.  Filed: 03/23/12. REV(03/23/12 by LB)  2011-1107 |
| 05/09/2012 | O | 144 | Precedential Order: By:Merits Panel. Judge: Dyk. Ordered: Petitions for rehearing are granted.  This case is remanded to Trade Court for determination of the constitutionality of new legislation and for other appropriate proceedings.  Court Service - 05/09/12.  Filed: 05/09/12. REV(05/09/12 by LB)  2011-1107 |
| 05/23/2012 | M | 145 | Appellants [Titan Tire Corporation and United Steelworkers] - Partial Consent Motion of Titan Tire Corporation and United Steelworkers Union, Defendants-Appellants, to Recall and Replace or Otherwise Correct This Court's Judgment and Mandate of May 16, 2012 [NPF]  Mail Service - 05/22/12. Filed: 05/22/12. Reply 1 (148) Filed: 05/23/12 Reply 2 (149) Filed: 05/30/12 Action on Motion (150): Motion is granted to extent that 5/16/12 mandate is recalled,  judgment is amended to state that judgment of CIT is vacated and case is remanded for further proceedings in accord w/ 5/9/12 order. Mandate is reissued. by Merits Panel. Filed: 06/04/12. EOD(05/23/12 by LB)  REV(06/04/12 by LB)  2011-1107 |
| 05/23/2012 | M | 146 | Appellant [United States] - Defendant-Appellant United States' Partial Consent Motion to Recall and Amend Mandate [NPF]  Mail Service - 05/21/12. Filed: 05/22/12. Reply 1 (147) Filed: 05/23/12 Action on Motion (151): Motion is granted to extent that 5/16/12 mandate is recalled,  judgment is amended to state that judgment of CIT is vacated and case is remanded for further proceedings in accord w/ 5/9/12 order. Mandate is reissued. by Merits Panel. Filed: 06/04/12. EOD(05/23/12 by LB)  REV(06/04/12 by LB)  2011-1107 |